## FOLLETTE, WARDEN *v.* COMACHO

No. 1394.   Decided June 1, 1970

PER CURIAM.

The motion of the respondent for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.   The judgment is vacated and the case is remanded to the Court of Appeals for further consideration in light of *McMann* v. *Richardson,* 397 U. S. 759.

MR. JUSTICE MARSHALL took no part in the consideration or decision of this case.

## HIGGINS *v.* UNITED STATES

No. 1183, Misc.   Decided June 1, 1970

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.   The judgment is vacated and the case is remanded to the Court of Appeals for further consideration in light of *Gutknecht* v. *United States,* 396 U. S. 295.

MR. JUSTICE MARSHALL took no part in the consideration or decision of this case.